AO 91 (Rev. 11/11) Criminal Complaint

U.S. DISTRICT COURT – N.D. OF N.Y.

**FILED**

**Oct 07 - 2025**

John M. Domurad, Clerk

# UNITED STATES DISTRICT COURT
### for the
### Northern District of New York

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| **v.** | ) |
| **PETER BARDUNIAS** | )  Case No.   1:25-MJ- 324  (PJE) |
| | ) |
| | ) |
| | ) |
| | ) |
| **Defendant(s)** | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of October 6, 2025 in the county of Warren in the Northern District of New York the defendant(s) violated:

|  *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2422(b) | Attempted enticement of a minor |

This criminal complaint is based on these facts:
*See accompanying affidavit, incorporated herein.*

☒   Continued on the attached sheet.

_____
*Complainant's signature*

FBI Special Agent Jenelle C. Janowicz
_____
*Printed name and title*

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date:   October 7, 2025
_____
*Judge's signature*

City and State:   Albany, New York
_____
Hon. Paul J. Evangelista, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Jenelle C. Janowicz, being first duly sworn, hereby depose and state as follows:

### Introduction and Agent Background

1.      I am a Special Agent of the FBI since June 2012 and am currently assigned to the Albany Division, Binghamton Resident Agency.  I am specifically assigned to the Mid-State Child Exploitation Task Force ("MSCETF"), which targets individuals involved in the on-line sexual exploitation of children. As part of my duties, I investigate crimes involving the sexual exploitation of minors, including sex trafficking of minors and various criminal offenses related to the production, distribution, receipt, and possession of child pornography.  I have received training on the proper investigative techniques for these violations, including the use of surveillance techniques, undercover activities, and the application and execution of arrest and search warrants. I have conducted and assisted in several child exploitation investigations and have executed search warrants that have led to seizures of child pornography and undercover operations to identify and locate individuals who seek to engage in sexual activity with minors.

2.      I am an investigative or law enforcement officer of the United States within the meaning of Title 18 United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Title 18, United States Code, Section 2516(1).  As an FBI Special Agent, I am authorized to seek and execute federal arrest and search warrants for Title 18 criminal offenses, including offenses related to the sexual exploitation of minors, specifically those involving the exploitation of a minor for sexual purposes in violation of Title 18, United States Code, Section 2422(b).

3.      I make this affidavit in support of a criminal complaint and arrest warrant charging Peter Bardunias, with using a facility of interstate commerce to attempt to persuade, induce, entice, and coerce an individual who has not attained the age of 18 years, to engage in sexual activity for which any person can be charged with a criminal offense, in violation of Title 18 United States Code, Section 2422(b).

4.      The statements contained in this affidavit are based upon my investigation, information provided by other law enforcement officials and on my experience and training as a Special Agent with the FBI.  As this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation.  I have set forth only the facts that I believe are necessary to establish probable cause to believe that Bardunias has violated Title 18, United States Code, Section 2422(b).

## Details of the Investigation

5.      On or about September 25, 2025, a law enforcement officer acting in an undercover capacity (hereinafter, the "UC") maintained a profile on Application A—an internet-based, adult-oriented social networking service—as a 19-year-old female. The UC proceeded to send a friend request to a user of Application A with the handle "pb2srchng." Information obtained by the FBI indicated that the user "pb2srchng" had been communicating with other females, including suspected minors, about sexual activity, including involving violent conduct.

6.      On September 26, 2025, Bardunias sent the UC a direct message on Application A stating: "Hello there, thanks for sending me a friends[sic] request. Sorry I was not at my computer for several days, on a business trip. Happy to get to know you sometime!" After additional brief

2

exchanges, Bardunias sent the UC a request to enter a private chat room. Based on my knowledge of the investigation, I know that messages sent within private chat rooms on Application A delete upon any participant leaving the room.

7.      In the private chat room, the UC asked Bardunias his age, sex, and location. Bardunias told the UC that he is a 59-year-old male from New York, then asked the UC for the same information. Though the UC account is registered as a 19-year-old female, the UC told Bardunias that the UC was only 15 and also lived in New York. Bardunias noted the discrepancy between the UC's profile age and the proffered age, then asked for a description of the UC. Over the next several days, the UC and Bardunias continued to converse via Application A application as well as another encrypted messaging application, Application B.

8.      As the conversation continued, the UC told Bardunias they lived in New York, near Canada, to which he replied: "[W]ow we might not be too far away. I am near Albany." Later in the conversation, he told the UC that his name was "Pete."

9.      After the UC told Bardunias that they hated going to school and had been being bullied, Bardunias told the UC that he wished he could be in her school because he would probably hit on her and be jealous if other boys hit on her. He went on to say, "…well…I come on [Application A] and have been looking for a girl like you who would want to meet up in real life n do naughty stuff."

10.     When another law enforcement officer took over the UC communications on September 26, 2025, the UC began telling Bardunias they were depressed, and that they disliked their mother's boyfriend because he did bad things to her. Bardunias responded that he "isn't exactly perfect either" and has done bad things with girls "not too much older" than the UC. He

told the UC , "I mean I gotta be smart cause you are still so young. But…maybe someday i can be the one to corrupt you lol." He asked, "…so if I met you and mom didn't know, you could lose your virginity with me."

11.    In a slew of communications spanning the next several days, Bardunias—using both Application A and Application B—described to the UC what he would do to her if they met in person. He described "seeing you hurt, and suffocating, maybe even hanged while naked and in pain," as "so sexy," and told the UC that he would "love you forever if you became this kinda girl for me," that is, the kind of girl that loses their virginity "tied, battered, [and] strangled."

12.    Bardunias asked the UC: "This is gonna sound weird. But….do you hate yourself?" When the UC responded in the affirmative, Bardunias began saying things like "so you just hate yourself and maybe wish bad things would happen to you?" and "maybe you wish someone would just take you and hjurt[sic] you and end you already." Bardunias the told the UC "You deserve to be stripped, beaten, r'ped and strangled don't you," and that he believed these types of violent activities would be "so hot."

13.    Bardunias further told the UC that he wanted to create a torture chamber for her, that he already has equipment ready, and that it is currently located in a "big tub" in his garage. Bardunias also told the UC: "I want to see you scream and be in pain, I want you to struggle but its too late and cant get free…..nobody will ever find you, Princess." But "[m]aybe before I kill you," Bardunias told the UC, "we can meet a few times and do sick stuff, like the gang rape idea, and of course me fucking and torturing you and taking your virginity…..I bet even though you are tired your vagina is throbbing a bit readying this stuff."

4

14.     Law enforcement obtained subscriber information for the account with the handle of pb2srchng. It revealed, among other things, that the subscriber was named Peter Bardunias, with a billing address in Clifton Park, New York. Application A also maintained the account's self-reported date of birth, which is consistent with New York State records for Peter Bardunias of Clifton Park, New York.

15.     Beginning October 1, 2025, the UC and Bardunias made arrangements to meet at a location in Warren County, New York. The location is directly across the street from the high school which Bardunias believed the UC was attending. Bardunias told the UC that he would bring the UC certain materials, such as a Reese's candy bar, which in my training and experience are meant to make minors feel more comfortable.

16.     On the afternoon of October 6, 2025, Bardunias told the UC he was headed to the meeting location. Law enforcement stationed at the meeting location witnessed Bardunias arrive at the meeting location—a park approximately 45 minutes north of his residence—and do at least two laps in his vehicle around the block that the meeting location was set at. He then began to rapidly travel south.

17.     Law enforcement initiated a stop of Bardunias' vehicle and, after reading him his rights, began to question him.

18.     In a post-*Miranda* interview, Bardunias confirmed his online accounts on Application A and Application B, and that he had been communicating with the UC. Bardunias gave consent for law enforcement to search his vehicle and the two mobile devices that he had brought with him. Upon a search of the vehicle, law enforcement located the items that Bardunias had told the UC he would bring with him to their meeting, including the Reese's.

5

19.    A preliminary review of Bardunias' mobile devices also confirmed his access to Application A and Application B and revealed multiple images of what is known as "BDSM" material. Bardunias confirmed he believed that the UC was 15-years-old, but claimed that his conversations with the UC were just sexual fantasy and that he did not intend to act on them. Based on my training and experience, I know that individuals who travel long distances to meet with someone they believe to be a minor often claim under questioning that they were not serious about their sexual desires, even when those desires have been previously expressed in writing. Bardunias claimed he traveled to the meeting location to tell the UC he could not have a sexual relationship with them.

20.    Despite Bardunias' protestations that he did not intend to act on his statements to the UC, a search warrant executed in the evening of October 6, 2025, at Bardunias' residence revealed materials consistent with Bardunias' "torture chamber," including the "big tub" of materials that he had mentioned to the UC were stored in his garage. Law enforcement found a box of sex toys in the garage which included, among other things, a ball gag, restraints, and a knife. During his *Mirandized* interview, Bardunias admitted the sex toys in the garage were his.

## CONCLUSION

21.    Based upon the above information, I believe probable cause exists that Bardunias has violated Title 18, United States Code, Section 2422(b), which prohibits any person from using a facility of interstate commerce to persuade, induce, entice, coerce, and attempt to persuade, induce, entice, and coerce or attempting to persuade, induce, entice, and coerce an individual who has not attained the age of 18 years, to engage in sexual activity for which any person can be charged with a criminal offense, that is: offenses under Articles 130 and 230 of the New York

6

State Penal Law.  I therefore request that a criminal complaint and arrest warrant be issued pursuant to this violation of federal law.                      .

Respectfully submitted,

Jenelle C. Janowicz
Special Agent
FBI

I, the Honorable Paul J. Evangelista, United States Magistrate Judge, hereby acknowledge that this affidavit was attested to by the affiant on October 7, 2025, in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Hon. Paul J. Evangelista
UNITED STATES MAGISTRATE JUDGE