

October 9, 2025

Hon. Paul J. Evangelista
US District Court, Northern District of New York
James T. Foley Courthouse
445 Broadway
Suite 509
Albany, NY 12207

Re:    United States v. Peter Bardunias
        Our File No.: 9072-1025
        Case No.: 1:25-MJ-324-PJE

Dear Judge Evangelista,

As you know, this office represents Peter Bardunias regarding the above-referenced matter. This matter is currently scheduled for a detention hearing tomorrow, October 10, 2025, at 1:30 p.m. His preliminary hearing is scheduled for October 17, 2025 at 1:30 p.m. Please be advised that we waive the time frame for these matters, and respectfully request they be calendared during the week of October 20th, with specific dates and times as acceptable to the Court. AUSA Hartunian has no objection to this request.

Please advise as to the Court's position. Thank you for your attention to this matter.

Very truly yours,

LaMarche Safranko Law PLLC

Andrew R. Safranko
asafranko@LSLawNY.com

ARS/cw

CC:        United States Attorney's Office – Northern District